# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0857
LT Case No. 16-2018-CF-5208-A

_____

GEROD LEKEITH STUDEMIRE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Gerod Lekeith Studmire, Arcadia, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.

July 23, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____